**Order entered December 14, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00875-CR

**BEDFORD WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F98-02765**

## ORDER

The clerk's record in this appeal is overdue. The clerk's record was due July 8, 2022. By postcard dated September 9, 2022, we notified the District Clerk that the clerk's record was overdue. We directed the District Clerk to file the clerk's record within thirty days. As of the date of this order, the clerk's record has not yet been filed. We **ORDER** the Dallas County District Clerk to file the clerk's record for this appeal within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Dallas County District Clerk Felicia Pitre, to appellant at the address on file with the Court; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    DENNISE GARCIA
       JUSTICE